FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER SUE J., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:17-CV-03189-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's November 6, 2018 Report and Recommendation, ECF No. 15, recommending that the Court grant Plaintiff's Motion for Summary Judgment, ECF No. 12, and deny Defendant's Motion for Summary Judgment, ECF No. 13. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation, and the relevant authorities, the Court finds Magistrate Judge Rodgers's decision is correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 15**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 12**, is

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

**GRANTED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 13**, is **DENIED**.

4. The Court enters **JUDGMENT** in favor of Plaintiff **REVERSING** and **REMANDING** the matter to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

5. All pending motions are **DENIED AS MOOT**.

6. All hearings and other deadlines are **STRICKEN**.

7. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Rodgers.

**DATED** this 21st day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge