# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2018**

SEAN F. McAVOY, CLERK

JENNIFER SUE J.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:17-CV-3189-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation, ECF No. 15, is ADOPTED in its entirety. Plaintiff's Motion for Summary Judgment, ECF No. 12, is GRANTED. Defendant's Motion for Summary Judgment, ECF No. 13, is DENIED. Judgment is entered in favor of Plaintiff REVERSING and REMANDING the matter to the Commissioner of Social Security for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on motions for summary judgment.

Date: November 21, 2018

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer